CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2015

JULIA C. DOOLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **INFORMATION** |
| | : | |
| v. | : | Criminal No. 715CR85 |
| | : | |
| HANK E. BURNS | : | In violation of: |
| | : | Title 21 U.S.C. § 844(a) |

The United States Attorney charges:

## COUNT ONE
(Simple Possession of a Controlled Substance)

1. On or about January 22, 2015, in the Western District of Virginia, the defendant, **HANK E. BURNS** knowingly and intentionally possessed marijuana, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 844(a).

*/s/ Nathan R. Day for APG*
ANTHONY P. GIORNO
United States Attorney